**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ALEXIS D. A. M.,

                          Petitioner,

v.

PAMELA BONDI, *Attorney General of the United States*;

KRISTI NOEM, *Secretary, United States Department of Homeland Security*;

TODD M. LYONS, *Acting Director, United States Immigration and Customs Enforcement*;

DAVID EASTERWOOD, *Acting Director of St. Paul Field Office, U.S. Immigration and Customs Enforcement*;

DAWANNA S. WITT, *Sheriff, Hennepin County*

                          Respondents.

Civil No. 26-447 (JRT/ECW)

**ORDER**

---

On January 19, 2026, Petitioner Alexis D. A. M. filed a Petition for a Writ of Habeas Corpus. (Docket No. 1.) Petitioner alleges that he was arrested by U.S. Immigration and Customs Enforcement officers around 3:40 p.m. on January 19, 2026, and that he is being unlawfully detained. (Pet. Writ of Habeas Corpus, ¶¶ 13–24, Jan. 19, 2026, Docket No. 1.) The Court will order Respondents to file their response to the habeas petition by 5:00

p.m. on Thursday, January 22, 2026. Furthermore, the Court will order that Petitioner not be removed from the District of Minnesota prior to the conclusion of this matter.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Respondents are **ENJOINED** from removing, transferring, or otherwise facilitating the removal of Petitioner from the District of Minnesota until the Court issues an order on the pending Petition for Writ of Habeas Corpus (Docket No. [1]). Respondents may request permission from the Court to move Petitioner if unforeseen or emergency circumstances arise which require Petitioner to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Petitioner. If Petitioner has already been removed from Minnesota, Respondents are **ORDERED** to immediately return petitioner to Minnesota.

2. Respondents are **DIRECTED** to file an answer to the petition for a writ of habeas corpus of Petitioner Alexis D. A. M. **no later than 5:00 p.m. on Thursday, January 22, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

3. Respondents' answer must include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b. Specifically, whether a warrant exists providing a lawful basis for Petitioner's arrest. *See e.g.*, *Ahmed M. v. Bondi*, No. 25-4711, 2026 WL 25627, at *3 (D. Minn. Jan. 5, 2026).

    c. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

4. Petitioner should inform the Court by no later 24 hours after Respondents' answer of an intent to file a reply or if any further order by the Court should be filed under seal pending a request for redactions. If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than **5:00 p.m. on Friday, January 23, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

DATED: January 20, 2026                     \_\_\_\_\_/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                  JOHN R. TUNHEIM
                                                        United States District Judge