# UNITED STATES DISTRICT COURT

## District of Minnesota

Alexis Dolores Aguilar Mejia,

               Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Dawanna S. Witt,

               Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-447 JRT/ECW

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court's Order [3] and Memorandum Opinion and Order [6] have been satisfied.

Date: 1/29/2026

KATE M. FOGARTY, CLERK